1  GOLDSMITH & HULL/Our File #:582320
2  A Professional Corporation
   Michael L. GOLDSMITH  (SBN 291700)
3  16933 PARTHENIA STREET
   NORTHRIDGE, CALIFORNIA 91343
4  Tele: (818) 990-6600  Fax : (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6  ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT NO.** ACV00-00724 |
| ) | |
| Plaintiff, ) | |
| ) | **SATISFACTION OF JUDGMENT** |
| VS. ) | |
| ) | |
| Roxane R Popp aka Roxane R Strayer ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO THE ABOVE-ENTITLED COURT:

   Satisfaction is hereby acknowledged of said judgment, entered on May 9, 2000, in favor of the United States of America, and against Roxane R Popp aka Roxane R Strayer and the Clerk is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

DATED: November 1, 2017               GOLDSMITH & HULL, P.C.

                                      _____/S/_____
                                      Michael L. Goldsmith
                                      ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT, addressed to:

Roxane R Popp, et al.
********* ***** ****
Denver CO *****

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on   November 1, 2017 at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

/S/<br>Sonia Molina